1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



8          IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11
12 | In the Matter of the Search of: 2035 Jenni Lane, Tracy, California | CASE NO. 2:14-SW-0049 KJN
13 | | REQUEST TO UNSEAL CASE RECORDS AND [PROPOSED] ORDER
14

15         TO THE HONORABLE ALLISON CLAIRE, UNITED STATES MAGISTRATE JUDGE:

16         COMES NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of

17 California, to petition this Court and respectfully represent:

18         1. On January 28, 2014, the Honorable Kendall J. Newman issued an order sealing the affidavit

19 in support of a request for a search warrant and related documents, in the above-referenced matter.

20         2. The warrant in the above-referenced matter has been executed, and the resident of that

21 residence has been arrested and charged with being a felon in possession of a firearm. Because the

22 Government no longer believes that sealing is required for the purposes of its ongoing investigation, it

23 requests that all documents filed in the above-referenced matter be unsealed.

24         THEREFORE, your petitioner prays that the documents in case No. 2:14-SW-0049 KJN be

25 unsealed and made part of the public record.

26

27

28

REQUEST AND [PROPOSED] ORDER TO UNSEAL          1
DOCUMENTS

1 | Dated: January 30, 2014

BENJAMIN B. WAGNER
United States Attorney

By: _____
PHILIP A. FERRARI
Assistant United States Attorney

The Court hereby orders that the documents in case No. 2:14-SW-0049 KJN be unsealed and made part of the public record.

DATED: Jan 30, 2014

By: _____
HON. KENDALL J. NEWMAN
United States Magistrate Judge

REQUEST AND [PROPOSED] ORDER TO UNSEAL DOCUMENTS

2